DAVID P. WAGGONER, SBN 242519
HOMELESS ACTION CENTER
3126 Shattuck Avenue
Berkeley, CA  94705
(415) 205-8237 phone
(510) 540-0403 fax
dwaggoner@homelessactioncenter.org

Attorney for Plaintiff PHYLLIS H.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS H., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Commissioner of Social Security, <br><br> Defendant. | CASE NO. Case 3:22-cv-03940-SK <br><br> **JOINT STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff's time for submitting Plaintiff's Motion for Summary Judgment be extended by 30 days, from November 1, 2022, to December 1, 2022. This is Plaintiff's first request for an extension of time.

    There is good cause for this extension because Plaintiff's counsel was out of the office in recent weeks due to Plaintiff's counsel's mother being hospitalized for heart failure. Plaintiff's counsel is also responsible for over 20 other cases pending in the United States District Court and two cases pending in the United States Court of Appeals for the Ninth Circuit. Additionally, Plaintiff's counsel is a managing attorney at counsel's employer and is responsible for advice and counsel on a range of cases and administrative issues.

Plaintiff shall have an extension of 30 days in which to file Plaintiff's Motion for Summary Judgment. The parties further stipulate that all subsequent deadlines in the Court's Procedural Order for Social Security Review Actions shall be extended accordingly.

The parties stipulate in good faith with no intent to prolong proceedings unduly.

This is Plaintiff's first request for an extension of time.

Respectfully submitted,

Dated: October 28, 2022        By:

/s/ *David P. Waggoner*
DAVID P. WAGGONER
HOMELESS ACTION CENTER
Attorneys for Plaintiff

Dated: October 28, 2022        By:

/s/ *Caspar Chan*
CASPAR CHAN
Assistant Regional Counsel
(as authorized via email on October 28, 2022)

### ORDER

Pursuant to the Stipulation, Plaintiff is granted an additional 30 days, until December 1, 2022, to file Plaintiff's Motion for Summary Judgement.

**IT IS SO ORDERED.**

Dated: October 28, 2022

HONORABLE SALLIE KIM
UNITED STATES MAGISTRATE JUDGE